| United States Bankruptcy Court<br>Northern District of Ohio | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**BX Acquisitions, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA BX Solutions** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**46-3022711** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**One Air Cargo Parkway**<br>**Swanton, OH**<br>ZIP Code **43558** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Fulton** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

| Type of Debtor<br>(Form of Organization) (Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13   ☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity<br>(Check box, if applicable) | Nature of Debts<br>(Check one box) |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | ☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | ☐ Debts are primarily consumer<br>debts, defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."   ■ Debts are primarily<br>business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**BX Acquisitions, Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed: **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X** _____<br>    Signature of Attorney for Debtor(s)       (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

      _____
      (Name of landlord that obtained judgment)

      _____
      (Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**

**BX Acquisitions, Inc.**

### Signatures

| | |
|---|---|

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

#### Signature of Attorney*

**X** **/s/ Steven L. Diller** _____
Signature of Attorney for Debtor(s)

**Steven L. Diller 0023320**
Printed Name of Attorney for Debtor(s)

**Diller and Rice, LLC**
Firm Name

**124 East Main Street**
**Van Wert, OH 45891**

_____
Address

**steven@drlawllc.com; kim@drlawllc.com**
**419-238-5025  Fax: 419-238-4705**
Telephone Number

**November  2, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Christopher Marshall** _____
Signature of Authorized Individual

**Christopher Marshall**
Printed Name of Authorized Individual

**Chief Financial Officer**
Title of Authorized Individual

**November  2, 2015**
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## Northern District of Ohio

In re  **BX Acquisitions, Inc.**  
Debtor(s)

Case No. _____

Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Butch's Boy Trucking 230-19 International Airport Center Jamaica, NY 11434 | Butch's Boy Trucking 230-19 International Airport Center Jamaica, NY 11434 | Shipping and Transportation | Contingent Unliquidated | 38,512.00 |
| Covenant Transport, Inc. 400 Birmingham Highway Chattanooga, TN 37419 | Covenant Transport, Inc. 400 Birmingham Highway Chattanooga, TN 37419 | Shipping and transportation | Contingent Unliquidated | 56,649.00 |
| CRST Expedited Inc. 3930 16th Avenue SW Cedar Rapids, IA 52406 | CRST Expedited Inc. 3930 16th Avenue SW Cedar Rapids, IA 52406 | Shipping and transportation | Contingent Unliquidated | 126,306.00 |
| Fast Fleet Systems, Inc. 1414 Calcon Hook Road Sharon Hill, PA 19079 | Fast Fleet Systems, Inc. 1414 Calcon Hook Road Sharon Hill, PA 19079 | Shipping and transportation | Contingent Unliquidated | 86,966.00 |
| GM Freight, Inc. 25299 Brest Road Taylor, MI 48180 | GM Freight, Inc. 25299 Brest Road Taylor, MI 48180 | Shipping and transportation | Contingent Unliquidated | 40,160.00 |
| Horizon Air Service, Inc. 480 William F. McClellan Highway Boston, MA 02128 | Horizon Air Service, Inc. 480 William F. McClellan Highway Boston, MA 02128 | Shipping and transportation | Contingent Unliquidated | 80,993.00 |
| J & P Hall 309 Cash Memorial Blvd. Forest Park, GA 30297 | J & P Hall 309 Cash Memorial Blvd. Forest Park, GA 30297 | Shipping and transportation | Contingent Unliquidated | 151,594.00 |
| JV Transport Consultants, Inc. 720 South Front Street Elizabeth, NJ | JV Transport Consultants, Inc. 720 South Front Street Elizabeth, NJ | Consulting - Transportation Services | Contingent Unliquidated | 91,440.00 |
| Lawrence Jones 5836 Sherwood Circle Monclova, OH 43542 | Lawrence Jones 5836 Sherwood Circle Monclova, OH 43542 | Deferred Compensation | Contingent Unliquidated | 48,285.00 |
| Lykes Cartage Company, Inc. 8606 Wall St. Suite 1900 Austin, TX 78754 | Lykes Cartage Company, Inc. 8606 Wall St. Suite 1900 Austin, TX 78754 | Shipping and transportation | Contingent Unliquidated | 45,234.00 |

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re    **BX Acquisitions, Inc.**                                    Case No. _____
_____
                        Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Mobile Air Transport**<br>**12 Runway Avenue**<br>**Latham, NY 12110** | **Mobile Air Transport**<br>**12 Runway Avenue**<br>**Latham, NY 12110** | **Shipping and Transportation** | **Contingent Unliquidated** | **39,059.00** |
| **Omega Fleet Service, inc.**<br>**PO Box 31**<br>**4N281 Rohlwing Road**<br>**Addison, IL 60101** | **Omega Fleet Service, inc.**<br>**PO Box 31**<br>**4N281 Rohlwing Road**<br>**Addison, IL 60101** | **Shipping and transportation** | **Contingent Unliquidated** | **116,894.00** |
| **Rodale, Inc.**<br>**PO Box 415173**<br>**Boston, MA 02241** | **Rodale, Inc.**<br>**PO Box 415173**<br>**Boston, MA 02241** | **Business Debt** | **Unliquidated** | **41,568.00** |
| **Signature Bank**<br>**4607 W. Sylvania Ave.**<br>**Toledo, OH 43623** | **Signature Bank**<br>**4607 W. Sylvania Ave.**<br>**Toledo, OH 43623** | **Operating Loan; unsecured as to Debtor; secured by certificate of deposit and guaranty of Donald Harbaugh** | **Contingent Unliquidated** | **2,000,000.00** |
| **Star Transportation, Inc.**<br>**1116 Polk Avenue**<br>**Nashville, TN 37210** | **Star Transportation, Inc.**<br>**1116 Polk Avenue**<br>**Nashville, TN 37210** | **Shipping and transportation** | **Contingent Unliquidated** | **100,850.00** |
| **Tax Airfreight, Inc.**<br>**5975 South Howell Avenue**<br>**Oak Creek, WI 53154** | **Tax Airfreight, Inc.**<br>**5975 South Howell Avenue**<br>**Oak Creek, WI 53154** | **Shipping and Transportation** | **Contingent Unliquidated** | **145,343.00** |
| **The Expediting Company, Inc.**<br>**1295 S. Brown School Road**<br>**Vandalia, OH 45377** | **The Expediting Company, Inc.**<br>**1295 S. Brown School Road**<br>**Vandalia, OH 45377** | **Shipping and transportation** | **Contingent Unliquidated** | **54,256.00** |
| **TM Express, Inc.**<br>**PO Box 2133**<br>**Grapevine, TX 76099** | **TM Express, Inc.**<br>**PO Box 2133**<br>**Grapevine, TX 76099** | **Shipping and transportation** | **Contingent Unliquidated** | **44,413.00** |
| **Toledo-Lucas County Port Authority**<br>**One Maritime Plaza Suite 701**<br>**Toledo, OH 43604** | **Toledo-Lucas County Port Authority**<br>**One Maritime Plaza Suite 701**<br>**Toledo, OH 43604** | **Facilities Managment Agreement for premises located at One Air Cargo Parkway Eastr, Swanton, Ohio** | **Contingent Unliquidated** | **132,204.00** |
| **Werner Enterprises, Inc.**<br>**14507 Frontier Road**<br>**Omaha, NE 68138** | **Werner Enterprises, Inc.**<br>**14507 Frontier Road**<br>**Omaha, NE 68138** | **Shipping and transportation** | **Contingent Unliquidated** | **785,183.00** |

In re   **BX Acquisitions, Inc.**                           Case No.   _____

                          Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

      I, the Chief Financial Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **November 2, 2015**              Signature   **/s/ Christopher Marshall**

                                               **Christopher Marshall**

                                               **Chief Financial Officer**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Ohio

In re    **BX Acquisitions, Inc.**                            ,      Case No. _____

                             Debtor        Chapter _____ **11** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 2,149,241.52 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 17,100,679.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 13 | | 4,937,333.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 23 | | | |
| Total Assets | | | 2,149,241.52 | | |
| Total Liabilities | | | | 22,038,012.00 | |

# United States Bankruptcy Court
## Northern District of Ohio

In re **BX Acquisitions, Inc.** ,
    Debtor

Case No. _____

Chapter _____ **11** _____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

In re __BX Acquisitions, Inc._____ ,    Case No. _____

Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | |
|---|---|---|
| Sub-Total > | **0.00** | (Total of this page) |
| Total > | **0.00** | |
| | (Report also on Summary of Schedules) | |

__0__   continuation sheets attached to the Schedule of Real Property

In re   **BX Acquisitions, Inc.**                                ,    Case No. _____

                                       Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Signature Bank Account #568** Location: One Air Cargo Parkway, Swanton OH 43558 | - | 248,082.16 |
| | | **Payroll account Signature bank #ending in 592** Location: One Air Cargo Parkway, Swanton OH 43558 | - | 0.00 |
| | | **USPS account : Signature Bank #ending in 600** | - | 0.00 |
| | | **MMDA account 'Surety bond for Indirect Air Carrier certificate' -Signature Bank #ending in 593** | - | 75,159.36 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **20 year Term Key Man Policy on life of Christopher Marshall; Ohio National Quarterly premium is $203.85, face amount 1,000,000.00.  Onset date 2012** | - | 0.00 |

|  | Sub-Total >  | 323,241.52 |
|---|---|---|
|  | (Total of this page) | |

  **3**   continuation sheets attached to the Schedule of Personal Property

In re **BX Acquisitions, Inc.** ,  Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **100% of Stock of BX Solutions, Inc.** **Location: One Air Cargo Parkway, Swanton OH 43558** | - | **Unknown** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Accounts Receivable** **Location: One Air Cargo Parkway, Swanton OH 43558** | - | **1,600,000.00** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >  **1,600,000.00**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

15-33538-jpg    Doc 1    FILED 11/02/15    ENTERED 11/02/15 11:31:01    Page 11 of 51

In re **BX Acquisitions, Inc.** ,                    Case No. _____

                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2011 Tow Lift Yard Horse** | - | 25,000.00 |
| | | **2005 Mercedes SUV (Wrecked condition - salvage value only)** | - | 1,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Office Equipment, computers and software; projected current value $15,000.00 Location: One Air Cargo Parkway, Swanton OH 43558** | - | 15,000.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Machine, computer and communication equipment Location: One Air Cargo Parkway, Swanton OH 43558** | - | 185,000.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |

                                                    Sub-Total >          226,000.00
                                                 (Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

In re     **BX Acquisitions, Inc.**                                          ,     Case No. _____
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 0.00 |
| (Total of this page) | |
| Total > | 2,149,241.52 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

15-33538-jpg     Doc 1     FILED 11/02/15     ENTERED 11/02/15 11:31:01     Page 13 of 51

In re **BX Acquisitions, Inc.** _____, Case No. _____

_____
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 9/30/2015 | | | | | |
| **Alder Fels Group LLC** **7644 King's Pointe Road** **Toledo, OH 43617** | X | - | UCC-1 Financing Statement<br><br>**Accounts Receivable** Location: One Air Cargo Parkway, Swanton OH 43558 | X | X | | | |
| | | | Value $      **1,600,000.00** | | | | 680,000.00 | 0.00 |
| Account No. | | | Signature Bank Account #568 Location: One Air Cargo Parkway, Swanton OH 43558 | | | | | |
| **Alder Fels Group LLC** **7644 King's Pointe Road** **Toledo, OH 43617** | | - | | X | X | | | |
| | | | Value $       **248,082.16** | | | | 0.00 | 0.00 |
| Account No. | | | 3/2012 | | | | | |
| **Dell Financial** **Mail Stop-PS2DF-23** **One Dell Way** **Round Rock, TX 78682** | | - | UCC- 1 - Financing Statement<br><br>All computer equipment, peripherals and other equipment (Master Lease); believed by debtor to be paid in full; but unreleased | X | X | X | | |
| | | | Value $             **0.00** | | | | Unknown | Unknown |
| Account No. | | | 2012 | | | | | |
| **HDD Holdings, Inc.** **405 Madison Ave., 8th Floor** **Toledo, OH 43604** | | - | UCC-1 - Financing Statement<br><br>All assets of BX Solutions, Inc; transferred in 2013 to Debtor; no amendment of record; disputed as to any lien in assets | X | X | X | | |
| | | | Value $             **0.00** | | | | 16,419,900.00 | 16,419,900.00 |

___1___ continuation sheets attached

Subtotal
(Total of this page)

17,099,900.00     16,419,900.00

In re **BX Acquisitions, Inc.** _____,  Case No. _____
                                          Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. | | | | | 2015 UCC -1 Financing Statement Two Interstate Forklift Battery Chargers Model PT3-18-200Y, Serial No. NB198307, NB198308; Two Interstate Forklift Battery Chargers Model 18-851PL-23A; Serial #PL105150003, PL 105150004 | | | | | |
| Shoppa's Material Handling PO Box 612027 Dallas, TX 75261 | | | - | | | X | X | | | |
| | | | | | Value $                    1,500.00 | | | | 779.00 | 0.00 |
| Account No. | | | | | 2/2015 UCC -1 - Financing Statement For goods and products shipped to debtor; debtor believes paid in full; disputed as lien is not released | | | | | |
| Yara North America, Inc. 100 North Tampa Street Suite 320 Tampa, FL 33602 | | | - | | | X | X | X | | |
| | | | | | Value $                         0.00 | | | | Unknown | Unknown |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | 779.00 | 0.00 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 17,100,679.00 | 16,419,900.00 |

In re    **BX Acquisitions, Inc.**                                    ,    Case No. _____
_____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**0**    continuation sheets attached

In re __BX Acquisitions, Inc._____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Account No.** | | | 2015 | | | | |
| **Accountemps** **12400 Collections Center Dr.** **Chicago, IL 60693** | | - | **Temporary Personnel Services** | X | X | | |
| | | | | | | | 1,146.00 |
| **Account No.** | | | 2015 | | | | |
| **Air Ground Xpress** **55 Matchette Road** **Aurora, NY 13026** | | - | **Shipping and Transportation** | X | X | | |
| | | | | | | | 33,529.00 |
| **Account No.** | | | 2015 | | | | |
| **Anyware LLC, dba Anyware Express** **PO Box 40877** **Charleston, SC 29423** | | - | **Shipping and Transportation** | X | X | | |
| | | | | | | | 1,325.00 |
| **Account No.** | | | 2015 | | | | |
| **Argix Logistics** **100 Middlesex Center Blvd.** **Jamesburg, NJ** | | - | **Shipping and Transportation** | X | X | | |
| | | | | | | | 31,167.00 |

__12__ continuation sheets attached

Subtotal
(Total of this page)        67,167.00

In re **BX Acquisitions, Inc.** ,                    Case No. _____

_____
                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2015 | | | | |
| Butch's Boy Trucking 230-19 International Airport Center Jamaica, NY 11434 | - | | Shipping and Transportation | X | X | | |
| | | | | | | | 38,512.00 |
| Account No. | | | 2015 | | | | |
| Cerasis Inc. PO Box 21248 Saint Paul, MN 55121 | - | | Shipping and Transportation | X | X | | |
| | | | | | | | 1,288.00 |
| Account No. | | | 2013 | | | | |
| Christopher Marshall 5919 Red Leaf Lane Monclova, OH 43542 | - | | Deferred Compensation | X | X | | |
| | | | | | | | 254,532.00 |
| Account No. | | | 2015 | | | | |
| CISP 3035 Moffat Rd. Toledo, OH 43615 | - | | IT Support Services | X | X | | |
| | | | | | | | 1,233.00 |
| Account No. | | | 2015 | | | | |
| CLT Air Freight Carrier, LLC 4325 Beam Road, Suite 214 Roswell, GA 30075 | - | | Shipping and transportation | X | X | | |
| | | | | | | | 9,295.00 |

Sheet no. __1__ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)                    304,860.00

In re **BX Acquisitions, Inc.** _____,  Case No. _____

                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2015 | | | | |
| Covenant Transport, Inc. 400 Birmingham Highway Chattanooga, TN 37419 | - | | Shipping and transportation | X | X | | 56,649.00 |
| Account No. | | | 2015 | | | | |
| CRST Expedited Inc. 3930 16th Avenue SW Cedar Rapids, IA 52406 | - | | Shipping and transportation | X | X | | 126,306.00 |
| Account No. | | | 2015 | | | | |
| Dedicated Logistics Services, Inc. PO Box 307 White Haven, PA 18661 | - | | Shipping and transportation | X | X | | 2,349.00 |
| Account No. | | | 2015 | | | | |
| DHL Globalmail 12868 Collections Center Dr. Chicago, IL 60693 | - | | Shipping and transportation | X | X | | 17,351.00 |
| Account No. | | | 2015 | | | | |
| DMC Technology Group, Inc. 7657 King's Pointe Rd. Toledo, OH 43617 | - | | IT Consulting Services | X | X | | 751.00 |

Sheet no. __2__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **203,406.00**

In re **BX Acquisitions, Inc.** ,  Case No. _____
                                 Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2015 | | | | |
| Easley Transportation, LLC 4629 Damascus Road Memphis, TN 38118 | | - | Shipping and transportation | X | X | | 7,585.00 |
| Account No. | | | 2015 | | | | |
| Enterprise Security Solutions of Texas PO Box 50389 Denton, TX 76205 | | - | Security supplies and services associated with DFW facility | X | X | | 538.00 |
| Account No. | | | Deferred Compensation | | | | |
| Erik Young 368 Blue Jacket Perrysburg, OH 43551 | | - | | X | X | | 19,216.00 |
| Account No. | | | 2015 | | | | |
| Fast Fleet Systems, Inc. 1414 Calcon Hook Road Sharon Hill, PA 19079 | | - | Shipping and transportation | X | X | | 86,966.00 |
| Account No. | | | Business Debt Credit Line | | | | |
| Fifth Third Bank PO Box 630781 Cincinnati, OH 45263 | | - | | X | X | | 26,144.00 |

Sheet no. __3__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    140,449.00

In re    **BX Acquisitions, Inc.**                              ,       Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2015 | | | | |
| **GM Freight, Inc.** **25299 Brest Road** **Taylor, MI 48180** | - | | | **Shipping and transportation** | X | X | | 40,160.00 |
| Account No. | | | | 2015 | | | | |
| **Horizon Air Service LTL** **480 William F. McClellan Highway** **Boston, MA 02128** | - | | | **Shipping and transportation** | X | X | | 3,588.00 |
| Account No. | | | | 2015 | | | | |
| **Horizon Air Service, Inc.** **480 William F. McClellan Highway** **Boston, MA 02128** | - | | | **Shipping and transportation** | X | X | | 80,993.00 |
| Account No. | | | | 2015 | | | | |
| **Instico Express** **1702 Minters Chapel Road** **Suite 218** **Grapevine, TX 76051** | - | | | **Shipping and transportation** | X | X | | 26,467.00 |
| Account No. | | | | 2015 | | | | |
| **J & P Hall** **309 Cash Memorial Blvd.** **Forest Park, GA 30297** | - | | | **Shipping and transportation** | X | X | | 151,594.00 |

Sheet no. __4__ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                     Subtotal      302,802.00
                                  (Total of this page)

In re **BX Acquisitions, Inc.** _____ ,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | 2013 | | | | |
| John Butler 14160 N. 109th St. Scottsdale, AZ 85255 | - | | | | Deferred Compensation | X | X | | 19,216.00 |
| Account No. | | | | | 2015 | | | | |
| JV Transport Consultants, Inc. 720 South Front Street Elizabeth, NJ | - | | | | Consulting - Transportation Services | X | X | | 91,440.00 |
| Account No. | | | | | 2015 | | | | |
| Kings Express of WNY, Inc. 3813 Broadway St. Buffalo, NY 14227 | - | | | | Shipping and transportation | X | X | | 13,470.00 |
| Account No. | | | | | 2015 | | | | |
| Land Air Express, Inc. PO Box 2250 Bowling Green, KY 42102 | - | | | | Shipping and transportation | X | X | | 23,783.00 |
| Account No. | | | | | 2015 | | | | |
| Land Air Express/Hub PO Box 2250 Bowling Green, KY 42101 | - | | | | Shipping and transportation | X | X | | 7,076.00 |

Sheet no. __5__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **154,985.00**

In re **BX Acquisitions, Inc.** _____,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2013 | | | | |
| Lawrence Jones 5836 Sherwood Circle Monclova, OH 43542 | | - | | Deferred Compensation | X | X | | 48,285.00 |
| Account No. | | | | 2015 | | | | |
| Load One Trasportation-Logistics 13221 Inkster Taylor, MI 48180 | | - | | Shipping and transportation | X | X | | 2,748.00 |
| Account No. | | | | 2015 | | | | |
| Lykes Cartage Company, Inc. 8606 Wall St. Suite 1900 Austin, TX 78754 | | - | | Shipping and transportation | X | X | | 45,234.00 |
| Account No. | | | | 2015 | | | | |
| Matrix Integ Psycological Services 2 Easton Oval Suite 450 Columbus, OH 43219 | | - | | Employee Services | X | X | | 518.00 |
| Account No. | | | | 2015 | | | | |
| Mid South Express Delivery, Inc. 3644 Winchester Road Suite 108 Memphis, TN 38118 | | - | | Shipping and transportation | X | X | | 2,374.00 |

Sheet no. __6__ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  99,159.00

In re **BX Acquisitions, Inc.** ,  Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2015 | | | | |
| Midwest Express 301 W. Touhy Ave Suite 200 Des Plaines, IL 60018 | - | | Shipping and Transportation | X | X | | 18,399.00 |
| Account No. | | | 2015 | | | | |
| Mobile Air Transport 12 Runway Avenue Latham, NY 12110 | - | | Shipping and Transportation | X | X | | 39,059.00 |
| Account No. | | | 2015 | | | | |
| Montgomery Air Freight 4820 Wesport Blvd. Montgomery, AL 36108 | - | | Shipping and transportation | X | X | | 2,249.00 |
| Account No. | | | 2015 | | | | |
| National Rental 6929 N. Lakewood Ave. Suite 100 Tulsa, OK 74117 | - | | Equipment Rental | X | X | | 383.00 |
| Account No. | | | 2015 | | | | |
| Nolan Transportation 85 Mill Street, Blvd. A Suite 214 Roswell, GA 30075 | - | | Shipping and transportation | X | X | | 8,875.00 |

Sheet no. _7_ of _12_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  68,965.00

In re **BX Acquisitions, Inc.** _____ ,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2015 | | | | |
| Office Depot PO Box 630813 Cincinnati, OH 45263 | - | | | Office supplies | X | X | | |
| | | | | | | | | 184.00 |
| Account No. | | | | 2015 | | | | |
| OKX Logistics, Inc. PO Box 272138 Oklahoma City, OK 73137 | - | | | Shipping and transportation | X | X | | |
| | | | | | | | | 7,327.00 |
| Account No. | | | | 2015 | | | | |
| Omega Fleet Service, inc. PO Box 31 4N281 Rohlwing Road Addison, IL 60101 | - | | | Shipping and transportation | X | X | | |
| | | | | | | | | 116,894.00 |
| Account No. | | | | 2015 | | | | |
| Roanoke Insurance Group 35079 Eagle Way Chicago, IL 60678 | - | | | Business Debt | X | X | | |
| | | | | | | | | 2,500.00 |
| Account No. | | | | Business Debt | | | | |
| Rodale, Inc. PO Box 415173 Boston, MA 02241 | - | | | | | X | | |
| | | | | | | | | 41,568.00 |

Sheet no. __8__ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

168,473.00

In re **BX Acquisitions, Inc.** , Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Operating Loan; unsecured as to Debtor; secured by certificate of deposit and guaranty of Donald Harbaugh | | | | |
| Signature Bank 4607 W. Sylvania Ave. Toledo, OH 43623 | X | - | | | X | X | | |
| | | | | | | | | 2,000,000.00 |
| Account No. | | | | Business Debt | | | | |
| Special Service Freight Company of Carolin's 600 Pegg Road Suite 111-113 Greensboro, NC 27409 | | - | | | | X | | |
| | | | | | | | | 773.00 |
| Account No. | | | | 2015 Shipping and transportation | | | | |
| Star Transportation, Inc. 1116 Polk Avenue Nashville, TN 37210 | | - | | | X | X | | |
| | | | | | | | | 100,850.00 |
| Account No. | | | | 2015 Shipping and Transportation | | | | |
| Sterling Transportation 5353 W. Imperial Hwy. Suite 300 Los Angeles, CA 90045 | | - | | | X | X | | |
| | | | | | | | | 5,857.00 |
| Account No. | | | | 2015 Shipping and transportation | | | | |
| Swift Transportation Services 2200 S. 75th Avneue Phoenix, AZ 85043 | | - | | | X | X | | |
| | | | | | | | | 30,290.00 |

Sheet no. __9__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,137,770.00

In re **BX Acquisitions, Inc.**                                      ,        Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2015 | | | | |
| Tax Airfreight, Inc. 5975 South Howell Avenue Oak Creek, WI 53154 | - | | Shipping and Transportation | X | X | | 145,343.00 |
| Account No. | | | 2015 | | | | |
| The Expediting Company, Inc. 1295 S. Brown School Road Vandalia, OH 45377 | - | | Shipping and transportation | X | X | | 54,256.00 |
| Account No. | | | Shipping and transportation | | | | |
| TM Express, Inc. PO Box 2133 Grapevine, TX 76099 | - | | | X | X | | 44,413.00 |
| Account No. | | | Deferred Compensation | | | | |
| Todd Hines 6660 W. Meadows Lane Maumee, OH 43537 | - | | | X | X | | 71,737.00 |
| Account No. | | | October, 2011 | | | | |
| Toledo-Lucas County Port Authority One Maritime Plaza Suite 701 Toledo, OH 43604 | - | | Facilities Managment Agreement for premises located at One Air Cargo Parkway Eastr, Swanton, Ohio | X | X | | 132,204.00 |

Sheet no. __10__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    447,953.00

In re   **BX Acquisitions, Inc.**              ,    Case No. _____

                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2015 | | | | |
| Total Airport Services Complex A Bld. 85-240 Bradley International Airpor Windsor Locks, CT 06096 | | - | | Cargo handling and warehousing | X | X | | 9,391.00 |
| Account No. | | | | 2015 | | | | |
| Town Delivery Inc 2615 North 11st St. Omaha, NE 68110 | | - | | Shipping and transportation | X | X | | 2,141.00 |
| Account No. | | | | 2015 | | | | |
| Tri-State Expedited Service, Inc. 27681 Cummings Road Millbury, OH 43447 | | - | | Shipping and transportation | X | X | | 13,150.00 |
| Account No. | | | | 2015 | | | | |
| U.S. Xpress, Inc. 4080 Jenkins Road Chattanooga, TN 37421 | | - | | Shipping and transportation | | X | | 6,535.00 |
| Account No. | | | | 2015 | | | | |
| Unicorn Transportation, Inc. PO Box 607 Linthicum Heights, MD 21090 | | - | | Shipping and transportation | X | X | | 14,683.00 |

Sheet no. __11__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **45,900.00**

In re __**BX Acquisitions, Inc.**_____ ,  Case No. _____

                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2015 | | | | |
| **Werner Enterprises, Inc.** **14507 Frontier Road** **Omaha, NE 68138** | - | | | **Shipping and transportation** | X | X | | 785,183.00 |
| Account No. | | | | 2015 | | | | |
| **XPO Logistics** **Five Greenwich Office Park** **Greenwich, CT 68310** | - | | | **Shipping and transportation** | X | X | | 10,261.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __12__ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 795,444.00 |
| | Total (Report on Summary of Schedules) | 4,937,333.00 |

In re    **BX Acquisitions, Inc.**                  ,    Case No. _____

                            Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| **Enterprise Security Solutions Texas**<br>**2126 Hamilton Road Suite 410**<br>**Argyle, TX 76226** | **Loan/Leases February 2015 Lease with original amount extended of $45,179.42 for security systems at DFW; debtor believes paid in full** |
| **Prologis L.P. and Prologis Inc**<br>**PO Box 846336**<br>**Dallas, TX 75284** | **DFW Facility Lease** |
| **Shoppas Material Handling**<br>**15217 Grand Rivers Road**<br>**Fort Worth, TX 76155** | **DFW Leases Forklift and Batteries** |
| **TM Express, Inc.**<br>**1220 Texas Trail, Suite 210**<br>**Grapevine, TX 76051** | **Sublease Agreement DFW7, 2450 West Airfield Drive, Suite 1000, Dallas, Texas - 37,167 square feet 12/31/2014 (36 months) Graduated Base Rent Increases over term** |
| **Toledo-Lucas County Port Authority**<br>**One Maritime Plaza**<br>**Toledo, OH 43604-1866** | **Management Agreement for Facility Located at One Air Cargo Parkway East, Swanton, Ohio** |

**0**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re   **BX Acquisitions, Inc.**                                 ,     Case No. _____

                                  Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Donald Harbaugh**<br>**2281 Evergreen Road**<br>**Toledo, OH 43606** | **Alder Fels Group LLC**<br>**7644 King's Pointe Road**<br>**Toledo, OH 43617** |
| **Donald Harbaugh**<br>**2281 Evergreen Road**<br>**Toledo, OH** | **Signature Bank**<br>**4607 W. Sylvania Ave.**<br>**Toledo, OH 43623** |
| **HDD Holdings, LLC**<br>**405 Madison Avenue**<br>**8th Floor**<br>**Toledo, OH 43604-1243** | **Alder Fels Group LLC**<br>**7644 King's Pointe Road**<br>**Toledo, OH 43617** |

**0**
\_\_\_\_\_ continuation sheets attached to Schedule of Codebtors

# United States Bankruptcy Court
## Northern District of Ohio

In re __BX Acquisitions, Inc.__                                      Case No. _____

                                  Debtor(s)        Chapter   __11__

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chief Financial Officer of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___25___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date __November 2, 2015__                 Signature    __/s/ Christopher Marshall__

                                                      **Christopher Marshall**

                                                      **Chief Financial Officer**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of Ohio

In re **BX Acquisitions, Inc.**

Case No. _____

Debtor(s)

Chapter **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $-7,805,800.00 | From 5/29/2013 - 12/31/2013  Gross Receipts $3,984,437 Net Loss ($8,757,081) |
| | 2014 - Gross Receipts $6,555,484 Net Loss ($10,606,262) |
| | 2015 through October 15, 2015 $7,854630 Net Loss ($7,805,800) |

---

**2. Income other than from employment or operation of business**

None ■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT        SOURCE

### 3. Payments to creditors

None
■

*Complete a. or b., as appropriate, and c.*

a. *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **See Statement Below** | **Debtor made regular monthly payments to all creditors, though typically all accounts 60 days in arrears** | **$0.00** | **$0.00** |

None
☐

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Christopher Marshall**<br>**5919 Red Leaf Lane**<br>**Monclova, OH**<br>**CFO** | **11/1/2014 - 8/1/2015** | **$45,843.28** | **$254,532.00** |

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **John Harp vs. BX Solutions, Inc., et al; Case No. CI0201503623** | **Civil** | **Lucas County Common Pleas** | **Pending** |

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

* *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**5. Repossessions, foreclosures and returns**

None ■  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**6. Assignments and receiverships**

None ■  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None ■  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7. Gifts**

None ■  List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8. Losses**

None ■  List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9. Payments related to debt counseling or bankruptcy**

None ☐  List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Diller and Rice, LLC** <br> **124 East Main Street** <br> **Van Wert, OH 45891** | **October 15, 2015** | **5,000.00** |
| **Diller & Rice LLC** <br> **124 E. Main St.** <br> **Van Wert, OH 45891** | **10/29/2015** | **$15,000.00** |

---

**10. Other transfers**

None ☐    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Unrelated Third Party** | **June, 2015** | **Yard Horse Tractor; 25,000** |

None ■    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

---

**11. Closed financial accounts**

None ■    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

---

**12. Safe deposit boxes**

None ■    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

---

**13. Setoffs**

None ■    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15. Prior address of debtor**

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None
☐

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
☐

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
☐

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
☐

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **BX Solutions, Inc.** | **4340** | **One Air Cargo Parkway Swanton, OH 43558** | **Sorting and transportation of packages; primary customer Amazon** | **10/11/2011 - 6/18/2013** |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Chris Marshall** | **2001 to present** |
| **Matt Rieker, Direct of Finance** | **Jan. 2015 to Oct. 2015** |
| **Tim Halko, BX Controller** | **2012 to present** |
| **Cristy Belkofer, Sr. Accountant** | **2012 to 2015** |

None
☐

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|-------------------------|
| **Weber * Obrien Ltd.** | **5580 Monroe St.** **Sylvania, OH 43560** | **External BX Accounting Auditor - 2011 to present** |

None ☐   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|
| **Weber *Obrien ltd.** | **5580 Monroe St.** **Sylvania, OH 43560** |

None ☐   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------------------|-------------|
| **Toledo Lucas County Port Authority** **One Maritime Plaza** **Toledo, OH 43604** | **Jan, April and July, 2015** |
| **AIT Worldwide Logistics** **701 N. Rohlwing Road** **Itasca, IL 60143** | **October, 2015** |

---

### 20. Inventories

None ■   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|-------------------|----------------------|------------------------------------------------------------------|

None ■   b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|-------------------|------------------------------------------------------|

---

### 21 . Current Partners, Officers, Directors and Shareholders

None ■   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|------------------|--------------------|------------------------|

None ☐   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|------------------|-------|------------------------------------------|
| **Robert Moss** | **President** | |
| **Nicholas Cron** | **Secretary** | |
| **David Rohrbacher** | **Treasurer** | |
| **Donald Harbaugh** | **Director** | |
| **Christopher Marshall** | **Director** | |

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **David Rohrbacher** | **Director** | |

---

**22 . Former partners, officers, directors and shareholders**

None
■  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**24. Tax Consolidation Group.**

None
■  If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

---

**25. Pension Funds.**

None
■  If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

* * * * * *

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   **November 2, 2015**        Signature   **/s/ Christopher Marshall**
                                                       **Christopher Marshall**
                                                       **Chief Financial Officer**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Northern District of Ohio

In re **BX Acquisitions, Inc.**          Case No.

                     Debtor(s)          Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

        For legal services, I have agreed to accept hourly rates and reimbursement of expenses pursuant to retention agreement and as approved by Court.        $      **0.00**

        Prior to the filing of this statement I have received $20,000.00 retainer.        $      **20,000.00**

        Balance Due  (N/A)        $      **0.00**

2. The source of the compensation paid to me was:

   ☑ Debtor     ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ☑ Debtor     ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs, first day motions; any other required motions and disclosure statement and plan;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation with any bankruptcy related adversary proceedings

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **October 30, 2015**             **/s/ Steven L. Diller**
                                                  **Steven L. Diller 0023320**
                                                  **Diller and Rice, LLC**
                                                  **124 East Main Street**
                                                  **Van Wert, OH 45891**
                                                  **419-238-5025  Fax: 419-238-4705**
                                                  **steven@drlawllc.com; kim@drlawllc.com**

# United States Bankruptcy Court

## Northern District of Ohio

In re   **BX Acquisitions, Inc.**

                                     Debtor,

Case No. _____

Chapter _____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address<br>or place of business of holder | Security<br>Class | Number<br>of Securities | Kind of<br>Interest |
|---|---|---|---|
| **Erik Young**<br>**368 Blue Jacket**<br>**Perrysburg, OH 43551** | **Class B** | | **0.5%** |
| **HDD Holdings, Inc.**<br>**405 Madison Ave., 8th Floor**<br>**Toledo, OH 43604** | **Class A** | | **Greater than 98%** |
| **John Butler**<br>**14160 N. 109th St.**<br>**Scottsdale, AZ 85255** | **Class B** | | **0.5%** |
| **Todd Hines**<br>**6660 W. Meadows Lane**<br>**Maumee, OH 43537** | **Class B** | | **1.0%** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

     I, the Chief Financial Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date____**November 2, 2015**_____     Signature **/s/ Christopher Marshall**_____

                                                  **Christopher Marshall**
                                                **Chief Financial Officer**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

___**0**___ continuation sheets attached to List of Equity Security Holders

## United States Bankruptcy Court
### Northern District of Ohio

In re    __BX Acquisitions, Inc.__ _____    Case No. _____

                                            Debtor(s)    Chapter    __11__ _____

## VERIFICATION OF CREDITOR MATRIX

I, the Chief Financial Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    __November  2, 2015__ _____      **/s/ Christopher Marshall** _____

                                                    **Christopher Marshall**/**Chief Financial Officer**
                                                    Signer/Title

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com             Best Case Bankruptcy

Accountemps
12400 Collections Center Dr.
Chicago, IL 60693


Air Ground Xpress
55 Matchette Road
Aurora, NY 13026


Alder Fels Group LLC
7644 King's Pointe Road
Toledo, OH 43617


Anyware LLC, dba Anyware Express
PO Box 40877
Charleston, SC 29423


Argix Logistics
100 Middlesex Center Blvd.
Jamesburg, NJ


Butch's Boy Trucking
230-19 International Airport Center
Jamaica, NY 11434


Cerasis Inc.
PO Box 21248
Saint Paul, MN 55121


Christopher Marshall
5919 Red Leaf Lane
Monclova, OH 43542


CISP
3035 Moffat Rd.
Toledo, OH 43615


CLT Air Freight Carrier, LLC
4325 Beam Road, Suite 214
Roswell, GA 30075


Covenant Transport, Inc.
400 Birmingham Highway
Chattanooga, TN 37419

CRST Expedited Inc.
3930 16th Avenue SW
Cedar Rapids, IA 52406

Dedicated Logistics Services, Inc.
PO Box 307
White Haven, PA 18661

Dell Financial
Mail Stop-PS2DF-23
One Dell Way
Round Rock, TX 78682

DHL Globalmail
12868 Collections Center Dr.
Chicago, IL 60693

DMC Technology Group, Inc.
7657 King's Pointe Rd.
Toledo, OH 43617

Donald Harbaugh
2281 Evergreen Road
Toledo, OH 43606

Easley Transportation, LLC
4629 Damascus Road
Memphis, TN 38118

Enterprise Security Solutions of
   Texas
PO Box 50389
Denton, TX 76205

Enterprise Security Solutions Texas
2126 Hamilton Road Suite 410
Argyle, TX 76226

Erik Young
368 Blue Jacket
Perrysburg, OH 43551

Fast Fleet Systems, Inc.
1414 Calcon Hook Road
Sharon Hill, PA 19079

Fifth Third Bank
PO Box 630781
Cincinnati, OH 45263


GM Freight, Inc.
25299 Brest Road
Taylor, MI 48180


HDD Holdings, Inc.
405 Madison Ave., 8th Floor
Toledo, OH 43604


HDD Holdings, LLC
405 Madison Avenue
8th Floor
Toledo, OH 43604-1243


Horizon Air Service LTL
480 William F. McClellan Highway
Boston, MA 02128


Horizon Air Service, Inc.
480 William F. McClellan Highway
Boston, MA 02128


Instico Express
1702 Minters Chapel Road
Suite 218
Grapevine, TX 76051


J & P Hall
309 Cash Memorial Blvd.
Forest Park, GA 30297


John Butler
14160 N. 109th St.
Scottsdale, AZ 85255


JV Transport Consultants, Inc.
720 South Front Street
Elizabeth, NJ


Kings Express of WNY, Inc.
3813 Broadway St.
Buffalo, NY 14227

Land Air Express, Inc.
PO Box 2250
Bowling Green, KY 42102


Land Air Express/Hub
PO Box 2250
Bowling Green, KY 42101


Lawrence Jones
5836 Sherwood Circle
Monclova, OH 43542


Load One Trasportation-Logistics
13221 Inkster
Taylor, MI 48180


Lykes Cartage Company, Inc.
8606 Wall St.
Suite 1900
Austin, TX 78754


Matrix Integ Psycological Services
2 Easton Oval Suite 450
Columbus, OH 43219


Mid South Express Delivery, Inc.
3644 Winchester Road
Suite 108
Memphis, TN 38118


Midwest Express
301 W. Touhy Ave
Suite 200
Des Plaines, IL 60018


Mobile Air Transport
12 Runway Avenue
Latham, NY 12110


Montgomery Air Freight
4820 Wesport Blvd.
Montgomery, AL 36108

National Rental
6929 N. Lakewood Ave.
Suite 100
Tulsa, OK 74117


Nolan Transportation
85 Mill Street, Blvd. A
Suite 214
Roswell, GA 30075


Office Depot
PO Box 630813
Cincinnati, OH 45263


OKX Logistics, Inc.
PO Box 272138
Oklahoma City, OK 73137


Omega Fleet Service, inc.
PO Box 31
4N281 Rohlwing Road
Addison, IL 60101


Prologis L.P. and Prologis Inc
PO Box 846336
Dallas, TX 75284


Roanoke Insurance Group
35079 Eagle Way
Chicago, IL 60678


Rodale, Inc.
PO Box 415173
Boston, MA 02241


Shoppa's Material Handling
PO Box 612027
Dallas, TX 75261


Shoppas Material Handling
15217 Grand Rivers Road
Fort Worth, TX 76155

Signature Bank
4607 W. Sylvania Ave.
Toledo, OH 43623


Special Service Freight Company of
    Carolin's
600 Pegg Road
Suite 111-113
Greensboro, NC 27409


Star Transportation, Inc.
1116 Polk Avenue
Nashville, TN 37210


Sterling Transportation
5353 W. Imperial Hwy. Suite 300
Los Angeles, CA 90045


Swift Transportation Services
2200 S. 75th Avneue
Phoenix, AZ 85043


Tax Airfreight, Inc.
5975 South Howell Avenue
Oak Creek, WI 53154


The Expediting Company, Inc.
1295 S. Brown School Road
Vandalia, OH 45377


TM Express, Inc.
PO Box 2133
Grapevine, TX 76099


TM Express, Inc.
1220 Texas Trail, Suite 210
Grapevine, TX 76051


Todd Hines
6660 W. Meadows Lane
Maumee, OH 43537


Toledo-Lucas County Port Authority
One Maritime Plaza Suite 701
Toledo, OH 43604

Toledo-Lucas County Port Authority
One Maritime Plaza
Toledo, OH 43604-1866


Total Airport Services
Complex A Bld.
85-240 Bradley International Airpor
Windsor Locks, CT 06096


Town Delivery Inc
2615 North 11st St.
Omaha, NE 68110


Toyota Motor Credit Corporation
PO Box 3457
Torrance, CA 90510-3457


Tri-State Expedited Service, Inc.
27681 Cummings Road
Millbury, OH 43447


U.S. Xpress, Inc.
4080 Jenkins Road
Chattanooga, TN 37421


Unicorn Transportation, Inc.
PO Box 607
Linthicum Heights, MD 21090


Werner Enterprises, Inc.
14507 Frontier Road
Omaha, NE 68138


XPO Logistics
Five Greenwich Office Park
Greenwich, CT 68310


Yara North America, Inc.
100 North Tampa Street
Suite 320
Tampa, FL 33602

# United States Bankruptcy Court
## Northern District of Ohio

In re   **BX Acquisitions, Inc.**                              Case No.

                                        Debtor(s)                 Chapter   **11**


## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)


Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **BX Acquisitions, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**HDD Holdings, Inc.**
**405 Madison Ave., 8th Floor**
**Toledo, OH 43604**


☐ None [*Check if applicable*]


**November  2, 2015**
                            **/s/ Steven L. Diller**

Date                                 **Steven L. Diller 0023320**

                                 Signature of Attorney or Litigant

                                 Counsel for   **BX Acquisitions, Inc.**

                                 **Diller and Rice, LLC**
                                 **124 East Main Street**
                                 **Van Wert, OH 45891**
                               **419-238-5025 Fax:419-238-4705**
                               **steven@drlawllc.com; kim@drlawllc.com**